DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr.S. 12-0097-GEB |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| JESSE BROWN, | ) | Date:  May 18, 2012 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell |
| _____ | ) | |

        IT IS HEREBY STIPULATED by and between the parties through their

respective counsel, WILLIAM WONG, Assistant United States Attorney,

attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant

Federal Defender, attorney for defendant, JESSE BROWN, that the Status

Conference date of April 13, 2012, be vacated and reset for May 18,

2012, at 9:00 a.m.

        This continuance is being requested because defense counsel

requires additional time to review discovery, discuss the case with the

government and pursue investigation.

        It is further stipulated and agreed to between the parties that

the time from the date of the signing of this order to and including

1    May 18, 2012, should be excluded within which the trial of the above

2    criminal prosecution must commence for purposes of the Speedy Trial

3    Act.  All parties stipulate and agree that this is an appropriate

4    exclusion of time within the meaning of Title 18, United States Code,

5    §3161(h)(7)(B)(iv)(Local Code T4).

6    Dated:  March 30, 2012              Respectfully submitted,

7                                        DANIEL BRODERICK
                                         Federal Defender
8

9                                        /s/ Dennis S. Waks
                                         DENNIS S. WAKS
10                                       Supervising Assistant Federal
                                         Defender
11                                       Attorney for Defendant
                                         JESSE BROWN
12

13                                       BENJAMIN B. WAGNER
                                         United States Attorney
14

15   Dated:  March 30, 2012              /s/ Dennis S. Waks for
                                         WILLIAM WONG
16                                       Assistant U.S. Attorney

17

18                              O R D E R

19       **IT IS SO ORDERED.**  For the reasons set forth above, the court

20   specifically finds that the ends of justice served by granting of such

21   a continuance outweigh the best interest of the public and the

22   defendant in a speedy trial and therefore excludes time under the

23   Speedy Trial Act through May 18, 2012.

24   Dated:  April 2, 2012

25

26                                       _____
                                         GARLAND E. BURRELL, JR.
27                                       United States District Judge

28

                                   2