DANIEL BRODERICK, Bar # 89424
Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JESSE BROWN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>JESSE BROWN,<br><br>　　　　Defendant.<br>_____ | No. Cr.S. 12-0097-GEB<br><br>STIPULATION AND ORDER<br><br><br><br>Date:  June 29, 2012<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell |

　　　IT IS HEREBY STIPULATED by and between the parties through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant Federal Defender, attorney for defendant, JESSE BROWN, that the Status Conference date of May 18, 2012, be vacated and reset for June 29, 2012, at 9:00 a.m.

　　　This continuance is being requested because defense counsel requires additional time to review discovery, discuss the case with the government and pursue investigation.

　　　It is further stipulated and agreed to between the parties that the time from the date of the signing of this order to and including

1  June 29, 2012, should be excluded within which the trial of the above
2  criminal prosecution must commence for purposes of the Speedy Trial
3  Act.  All parties stipulate and agree that this is an appropriate
4  exclusion of time within the meaning of Title 18, United States Code,
5  §3161(h)(7)(B)(iv)(Local Code T4).

6  Date:  May 15, 2012                    Respectfully submitted,

7                                         DANIEL BRODERICK
                                          Federal Defender
8

9                                          /s/ Dennis S. Waks
                                          DENNIS S. WAKS
10                                        Supervising Assistant Federal
                                          Defender
11                                        Attorney for Defendant
                                          JESSE BROWN
12

13                                        BENJAMIN B. WAGNER
                                          United States Attorney
14

15  Dated:  May 15, 2012                   /s/ Dennis S. Waks for
                                          WILLIAM WONG
16                                        Assistant U.S. Attorney

17

18                          **O R D E R**

19     **IT IS SO ORDERED.**  For the reasons set forth above, the court
20  specifically finds that the ends of justice served by granting of such
21  a continuance outweigh the best interest of the public and the
22  defendant in a speedy trial and therefore excludes time under the
23  Speedy Trial Act through June 29, 2012.

24  Dated:  May 16, 2012
25
26                                        _____
                                          GARLAND E. BURRELL, JR.
27                                        United States District Judge
28

2