```
 1  DANIEL BRODERICK, Bar # 89424
    Federal Defender
 2  DENNIS S. WAKS, Bar #142581
    Supervising Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    JESSE LEE BROWN
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     )  No. Cr.S. 12-0097-GEB
                                  )
12               Plaintiff,       )
                                  )  STIPULATION AND [PROPOSED ORDER]
13       v.                       )
                                  )
14                                )
                                  )  Date: August 10, 2012
15  JESSE LEE BROWN,              )  Time: 9:00 a.m.
                                  )  Judge: Hon. Garland E. Burrell
16               Defendant.       )
    _____ )
17
```

18      IT IS HEREBY STIPULATED by and between the parties through their
19 respective counsel, WILLIAM WONG, Assistant United States Attorney,
20 attorney for Plaintiff, and DENNIS S. WAKS, Supervising Assistant
21 Federal Defender, attorney for defendant, JESSE LEE BROWN, that the
22 Status Conference date of June 29, 2012, be vacated and reset for
23 August 10, 2012, at 9:00 a.m.

24      This continuance is being requested because defense counsel
25 requires additional time to review discovery, discuss the case with the
26 government and pursue investigation.

27      It is further stipulated and agreed to between the parties that
28 the time from the date of the signing of this order to and including

August 10, 2012, should be excluded within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, §3161(h)(7)(B)(iv)(Local Code T4).

Dated:  June 28, 2012                    Respectfully submitted,

                                         DANIEL BRODERICK
                                         Federal Defender

                                          /s/ Dennis S. Waks
                                         DENNIS S. WAKS
                                         Supervising Assistant Federal
                                         Defender
                                         Attorney for Defendant
                                         JESSE LEE BROWN


                                         BENJAMIN B. WAGNER
                                         United States Attorney

Dated:  June 28, 2012                     /s/ Dennis S. Waks for
                                         WILLIAM WONG
                                         Assistant U.S. Attorney


## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court specifically finds that the ends of justice served by granting of such a continuance outweigh the best interest of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through August 10, 2012.

Dated:  June 28, 2012

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge