```
BENJAMIN B. WAGNER
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-00097 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | |
| JESSE LEE BROWN, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant JESSE LEE BROWN, through his counsel, Lexi Negin, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for September 21, 2012, at 9:00 a.m.:

  1.  Government's response shall be filed no later than September 28, 2012;

  2.  Defendant's reply, if any, shall be filed no later than October 5, 2012; and

1

3.   A non-evidentiary hearing on the motion to be set for October 12, 2012, at 9:00 a.m.

Time is needed for the government to conduct further legal research and write its opposition to the defendant's motion to suppress evidence.  Defense counsel then needs additional time to respond to the government's opposition.  Accordingly, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

Respectfully submitted,

DATED: September 13, 2012            BENJAMIN B. WAGNER
                                     United States Attorney


                                By:  /s/ William S. Wong
                                     WILLIAM S. WONG
                                     Assistant U.S. Attorney

DATED: September 13, 2012       By:  /s/ Lexi Negin
                                     LEXI NEGIN
                                     Attorney for the Defendant

1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )  CASE NO. 2:12-CR-00097 GEB
                                 )
12          Plaintiff,            )  [PROPOSED] ORDER TO RESET
                                 )  BRIEFING SCHEDULE AND HEARING
13 v.                            )
                                 )
14 JESSE LEE BROWN,              )
                                 )
15          Defendant.            )
                                 )
16 _____)

17

18    For the reasons set forth above, the revised law and motion
19 schedule is adopted.  Since the defendant has filed his motion to
20 suppress evidence, time will continue to be excluded because of the
21 pending motion pursuant to Local Code E and 18 U.S.C. §
22 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to
23 October 12, 2012.

24 Dated:  September 14, 2012
25
26 _____
   GARLAND E. BURRELL, JR.
27 Senior United States District Judge

28

3