1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00097 GEB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO RESET BRIEFING |
| v. | ) ) | SCHEDULE AND HEARING |
| JESSE LEE BROWN, | ) ) | |
| Defendant. | ) ) ) | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant JESSE LEE BROWN, through his counsel, Lexi Negin, Esq., stipulate and agree to the following revised briefing schedule and hearing regarding the defendant's motion to suppress evidence currently set for October 12, 2012, at 9:00 a.m.:

    1.  Government's response shall be filed no later than October 5, 2012;

    2.  Defendant's counsel, Lexi Negin does not intend to file a reply to the Government's response, but rather, intends to present

1

the defense arguments and evidence at an evidentiary hearing; and

    3.  A non-evidentiary hearing on the motion to be set for October 12, 2012, at 9:00 a.m.

    Time is needed for the government to conduct further legal research and write its opposition to the defendant's motion to suppress evidence.  Accordingly, the parties stipulate to the revised law and motion schedule and request that time be excluded pursuant to Local Code E and T-4.

Respectfully submitted,

DATED: September 26, 2012     BENJAMIN B. WAGNER
United States Attorney

By: /s/ William S. Wong
WILLIAM S. WONG
Assistant U.S. Attorney

DATED: September 26, 2012     By: /s/ Lexi Negin
LEXI NEGIN
Attorney for the Defendant

```
1  BENJAMIN B. WAGNER
   United States Attorney
2  WILLIAM S. WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:12-CR-00097 GEB |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER TO RESET BRIEFING SCHEDULE AND HEARING |
| v. | ) | |
| JESSE LEE BROWN, | ) | |
| Defendant. | ) | |

For the reasons set forth above, the revised law and motion schedule is adopted. Since the defendant has filed his motion to suppress evidence, time will continue to be excluded because of the pending motion pursuant to Local Code E and 18 U.S.C. § 3161(h)(1)(D), and Local Code T-4 from the filing of the motion to October 12, 2012.

Dated:   September 26, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3